NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

K.W.B.,                                     )
                                            )
            Appellant,                      )
                                            )
v.                                          )       Case No. 2D18-840
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____     )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Pinellas
County; Kimberly Todd, Judge.

Howard L. Dimmig, II, Public Defender, and
Tosha Cohen, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.